1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SARA R. ROBINSON
4  Assistant United States Attorney
   California State Bar #147437
5  DEBORAH E. YIM
   Assistant United States Attorney
6  California State Bar #217400
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-6585
                   (213) 894-2447
9       Facsimile: (213) 894-7819
        E-mail: sara.robinson@usdoj.gov
10              deborah.yim@usdoj.gov

11 Attorneys for Defendant
   JOHN E. POTTER, Postmaster General

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TONYA GOULD,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOHN E. POTTER, Postmaster General of the United States Post Office,<br><br>　　　Defendant. | Case No. CV 07-480 GPS (CTx)<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL OF ACTION, WITH PREJUDICE**<br><br>Pretrial: June 9, 2008, 10:00 a.m.<br><br>Trial:　　July 15, 2008, 8:30 a.m. |

1       Having reviewed the Joint Stipulation for Dismissal of Action filed by the
2 parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the
3 Complaint filed by Plaintiff Tonya Gould against Defendant John E. Potter,
4 Postmaster General of the United States Postal Service, erroneously sued as John E.
5 Potter, Postmaster General of the United States Post Office, shall be dismissed, with
6 prejudice, and each party shall bear its own costs and attorney's fees.

8 Dated: February 28, 2008         GEORGE P. SCHIAVELLI
                                                                 _____
9                                                     The Honorable George P. Schiavelli